*Salomon* (159 id. 675). Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ANNA C. DOOLING, Respondent, v. WILLIAM J. HODGKINSON, Appellant.— Order denying motion to strike out the first and second defenses of defendant's answer and granting motion to strike out the third defense affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ASENATH N. DRESSLER, as Administratrix of WILLIAM B. DRESSLER, Deceased, Respondent, v. ROBERT H. McCULLOUGH and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder and Davis, JJ.; Tompkins, J., not voting.

LAURENCE LA T. DRIGGS, Appellant, v. JOHN F. O'RYAN, Respondent.— Order in so far as it denies plaintiff's motion to examine defendant before trial reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of permitting an examination of the defendant, in addition to the limited examination granted by the order, as to the items in paragraph 3 of plaintiff's affidavit numbered (1) to (7); and that defendant shall produce on such examination the books and papers denominated in paragraph 4 of said affidavit (e), (f), (g), (h), (i), (j) and (k) in so far as concerns defendant's agreements, and also all books and papers containing entries of matters involved in this action, which books and papers are under defendant's control. So much of the order as grants a limited examination of defendant is affirmed, without costs. Examination to proceed on five days' notice. The action, as alleged in the complaint, is one at law and not in equity. (*Everett* v. *DeFontaine*, 78 App. Div. 219; *Hart* v. *Garrett Co.*, 87 id. 536; *Freeman* v. *Miller*, 157 id. 715.) Under such circumstances, plaintiff is entitled to examine defendant before trial. (*Guinee* v. *Murphy, Inc.*, 223 App. Div. 337.) Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

CHARLES D. ELLIS, Respondent, v. JAMES H. WRIGHT, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GEORGE ELLIS, Respondent, v. JAMES H. WRIGHT, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MAY E. ELLIS, Respondent, v. JAMES H. WRIGHT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

PATRICK FITZGERALD and ELLEN FITZGERALD, Respondents, v. THE CITY OF NEW YORK and JOHN A. LYNCH, as President of The Borough of Richmond of The City of New York, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EDWARD GIBSON, Respondent, v. KENN-WELL CONTRACTING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN GUARINO, Respondent, v. H. C. BOHACK Co., INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Estate of JAMES H. SNOWDEN, Deceased. BANKERS TRUST